No. 11–9507. IN RE SEKENDUR. Petition for writ of mandamus denied.

No. 11–1175. MARX v. GENERAL REVENUE CORP. C. A. 10th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 11–301. SAINT-GOBAIN CERAMICS & PLASTICS, INC. v. SIEMENS MEDICAL SOLUTIONS USA, INC. C. A. Fed. Cir. Certiorari denied.

No. 11–730. ROEDER ET AL. v. ISLAMIC REPUBLIC OF IRAN ET AL. C. A. D. C. Cir. Certiorari denied.

No. 11–789. JENNINGS v. OWENS ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–824. SCHAFER, GUARDIAN AD LITEM FOR W. M. S., INFANT v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 4th Cir. Certiorari denied.

No. 11–890. BRIGHT v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 11–895. BUSH, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BUSH v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 11–1032. AGARANO ET AL. v. MATTOS ET UX.;
No. 11–1045. BROOKS v. DAMAN ET AL.; and
No. 11–1165. MATTOS ET UX. v. AGARANO ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 661 F. 3d 433.

No. 11–1074. JACOBS ENGINEERING GROUP, INC. v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 11–1159. FLINT v. METLIFE INSURANCE CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–1172. UPSHAW v. ANDRADE ET AL. C. A. 1st Cir. Certiorari denied.